# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2014

148636

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 148636
                                   COA: 315914
                                   Midland CC: 11-008207-AR

MICHAEL GOOD,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, J. (*dissenting*).

I would grant leave to appeal to consider whether the trial court's decision to exclude evidence of the complainant's alleged threat to a prosecution witness, as well as evidence of the complainant's alleged statement of an intention to get involved in a fight on the evening of the criminal incident for which defendant was convicted, violated defendant's statutory or constitutional right to present a defense. See *Chambers v Mississippi*, 410 US 284 (1973); *People v Barrera*, 451 Mich 261 (1996); MCL 763.1.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2014


Clerk

h0617